# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNE-MARIE CURTIS | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 12-cv-4786 |
| UNIONVILLE-CHADDS FORD SCHOOL DISTRICT | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 1st day of May, 2013, upon careful consideration of defendant's motion to dismiss (Doc. No. 17), and plaintiff's opposition thereto, it is hereby **ORDERED** that:

1. Plaintiff's request for compensatory damages for pain and suffering and emotional distress is **DISMISSED WITH PREJUDICE**.

2. The remainder of defendant's motion to dismiss is **DENIED**.

3. Status conference is scheduled for May 8, 2013, at 1:30 p.m. in chambers.

                                               s/ William H. Yohn Jr.
                                               William H. Yohn Jr., Judge